## Marie L. Wenda, Appellee, v. Anton J. Cermak, Bailiff, Appellant.

### Gen. No. 23,143.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 31, 1918.

### Statement of the Case.

Action by Marie L. Wenda, plaintiff, against Anton J. Cermak, bailiff of the Municipal Court of Chicago, defendant, to recover damages for the conversion of property sold under execution. From a judgment for plaintiff, defendant appeals.

J. SCOTT MATTHEWS and EDWARD B. LUCIUS, for appellant.

ELBERT C. FERGUSON, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

HUSBAND AND WIFE, § 69*—*what does not constitute conveyance which may be attacked by creditor of husband.* Where a wife, with the consent of her husband and of one who has sold property to her husband, undertakes to pay for it in her own name and gives the vendor a chattel mortgage thereon for the unpaid balance, the transaction is not a conveyance from husband to wife, but is a resale by the vendor to the wife and cannot be attacked by a creditor of the husband, especially where the latter's debt was incurred after such resale.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.